ANTHONY MISTRETTA, as Administrator, of the Estate of VITO MISTRETTA, Deceased, Appellant, v. BURTON HIRSCH, Respondent.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

OLGA G. PAPOUCHIS, Respondent, v. PETER N. PAPOUCHIS et al., Appellants.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.